UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERENCE CHAN, et al.,

    Plaintiffs,

v.

JOHN F. KELLY, et al.,

    Defendants.

Case No. C17-1003-JPD

MINUTE ORDER

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court upon plaintiffs' motion seeking an extension of the case schedule previously set in this case. Dkt. 4. Specifically, plaintiffs "request that the date of joint status report be scheduled for [an] available time and date after 60 days from August 4th, 2017," the date of service on the United States in this case. *Id*. Plaintiffs' motion, Dkt. 5, is GRANTED, and the case schedule is amended as follows:

- Deadline for FRCP 26(f) Conference: **October 6, 2017**
- Initial Disclosures Pursuant to FRCP 26(a)(1): **October 13, 2017**
- Combined Joint Status Report and Discovery Plan: **October 20, 2017**

//

MINUTE ORDER - 1

- Deadline to decline to consent to a Magistrate Judge: **October 20, 2017**

DATED this 31st day of August, 2017.

William M. McCool
Clerk of the Court

s/ Tim Farrell
Deputy Clerk

MINUTE ORDER - 2